NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3300

JEROME MCARTHUR,

Petitioner,

v.

DEPARTMENT OF TRANSPORTATION,

Respondent.


William W. Osborne, Jr., Osborne Law Offices, P.C., of Washington, DC, argued for petitioner.  With him on the brief was Natalie C. Moffett.

Jane W. Vanneman, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent.  With her on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.  Of counsel were Claudia Burke and Brian T. Edmunds, Trial Attorney.   Of counsel on the brief was Michael J. Doherty, Attorney, Office of the Chief Counsel, Federal Aviation Administration, of Washington, DC.

Appealed from:  Arbitrator Decision

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3300

JEROME MCARTHUR,

Petitioner,

v.

DEPARTMENT OF TRANSPORTATION,

Respondent.

# Judgment

ON APPEAL from the       Arbitrator Decision

in CASE NO(S).        58501

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, Chief Judge, RADER, and SCHALL, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED August 12, 2008       /s/ Jan Horbaly
                                 Jan Horbaly, Clerk